UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0278-DOC(RNBx) | Date | February 20, 2014 |
| Title: | JOSE FLORES, ET AL. -V- CITY OF WESTMINSTER, ET AL. | | |

| | |
|---|---|
| Present: The Honorable | DAVID O. CARTER, United States District Judge |

| Julie Barrera | Debbie Gale, Maria Dellaneve |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Bernard Alexander<br>Victor Viramontes | Melanie Poturica<br>Jeffrey Stockley |

|   | Day Court Trial | 1st | Day Jury Trial |   |
|---|---|---|---|---|
|   | One day trial: | X Begun (1st day); | X Held & Continued; |   | Completed by jury verdict/submitted to court. |

- X  The Jury is impaneled and sworn.
- X  Opening statements made by     Plaintiffs and Defense
- X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.
- ___ Plaintiff(s) rest.    ___ Defendant(s) rest.
- ___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).    ___ Court instructs jury.
- ___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
- ___ Jury polled.    ___ Polling waived.
- ___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
- ___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
- ___ Case submitted.    ___ Briefs to be filed by
- ___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- X  Case continued to   February 21, 2014 at 8:00 a.m.   for further trial.
- X  Other:  In Open Court, outside the presence of the Jury, the Court hears testimony from Michael Chapman and Andy Hall. Counsel are directed to review and confer on exhibits.

8 : 43

Initials of Deputy Clerk   jcb