# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 11-0278-DOC(RNBx)　　　　　　　　　　　　　Date: March 6, 2014

Title: JOSE FLORES, ET AL. V. CITY OF WESTMINSTER, ET. AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW [178] [179] [180] [181] [182]**

　　　　Before the Court are: Defendant Mitchell Waller's Motion for Judgment as a Matter of Law (Dkt. 178), Defendant Kevin Baker's Motion for Judgment as a Matter of Law (Dkt. 179), Defendant City of Westminster's Motion for Judgment as a Matter of Law (Dkt. 180), Defendant Andrew Hall's Motion for Judgment as a Matter of Law (Dkt. 181), and Defendant Ron Coopman's Motion for Judgment as a Matter of Law (Dkt. 182). Having considered the entirety of the record and the arguments presented in these motions, the Court DENIES the motions for judgment as a matter of law.

　　　　The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: jcb