## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 11-0278-DOC(RNBx)                    Date:  March 17, 2014

Title: JOSE FLORES, ET AL -V- CITY OF WESTMINSTER, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING REQUEST FOR DEFERRAL OF FINAL JUDGMENT [190]**

The parties have filed a stipulation to defer entry of final judgment pending mediation between the parties to resolve remaining issues in the case (Dkt. 190).  The parties will complete mediation on this issue on April 7, 2014.

The Court GRANTS the request and will temporarily defer entry of final judgment.  If the parties have not filed anything further on this issue on or before **April 10, 2014**, the Court will enter final judgment on April 11, 2014.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                    Initials of Deputy Clerk: jcb