UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 11-278-DOC(RNBx)            Date: April 14, 2014

Title: JOSE FLORES, ET AL. V. CITY OF WESTMINSTER, ET. AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER FOR PROPOSED FINAL JUDGMENT**

On March 13, 2014, the parties submitted a stipulation to delay final judgment pending mediation. *See* Stipulation (Dkt. 190). The Court granted the stipulation and gave the parties until April 10, 2014, to file an update or other document with the Court. *See* Order (Dkt. 208). As of this date, the parties have not filed any further documentation with the Court. The Court has no proposed judgment on file.

Therefore, Plaintiffs are ordered to file a proposed judgment for the Court's consideration on or before **April 16, 2014.**

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                  Initials of Deputy Clerk: enm