Victor Viramontes (State Bar No. 159430)
Martha L. Gomez (State Bar No. 214158)
Matthew J. Barragan (State Bar No. 283883)
**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: 213.629.2512
Facsimile: 213. 629.0266
Email: vviramontes@maldef.org
        mgomez@maldef.org
        mbarragan@maldef.org

**ALEXANDER KRAKOW + GLICK LLP**
J. Bernard Alexander (State Bar No. 128307)
401 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: 310.394.0888
Facsimile: 310.394.0811
Email: balexander@akgllp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, RYAN REYES, BRIAN PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WESTMINSTER, MITCHELL WALLER, in his individual capacity, ANDREW HALL, in his individual capacity, RON COOPMAN, in his individual capacity, KEVIN BAKER, in his individual capacity, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: SACV 11-00278 DOC (RNBx)<br><br>**NOTICE OF LODGING PROPOSED FINAL JUDGMENT**<br><br>The Honorable David O. Carter<br>Courtroom – 9D |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs hereby lodge a Proposed Final Judgment, attached here as Exhibit A, in accordance with the Court's April 24, 2014 order that "Plaintiffs … file a proposed judgment for the Court's Consideration." (Docket No. 239).

Dated:   April 16, 2014                    Respectfully submitted,

/s/ - Martha L. Gomez

Victor Viramontes
Martha L. Gomez
Matthew Barragan
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND

J. Bernard Alexander
ALEXANDER KRAKOW + GLICK LLP

*Attorneys for Plaintiffs*