# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE FLORES, RYAN REYES, BRIAN PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WESTMINSTER, MITCHELL WALLER, in his individual capacity, ANDREW HALL, in his individual capacity, RON COOPMAN, in his individual capacity, KEVIN BAKER, in his individual capacity,<br><br>Defendants. | Case No.: SACV 11-0278 DOC(RNBx)<br><br>JUDGMENT |

//
//
//
//
//
//
//

# **FINAL JUDGMENT**

This action was tried by a jury with Judge David O. Carter presiding, and the jury rendered a verdict on March 6, 2014 (Dkt. 199). It is ordered that Plaintiffs shall recover from Defendants as follows:

1. Discrimination under 42 U.S.C. § 1981
    a. As to Jose Flores:
        i. Chief Ron Coopman is liable to Plaintiff Jose Flores for general damages in the amount of $50,000; and
        ii. Chief Andrew Hall is liable to Plaintiff Jose Flores for general damages in the amount of $65,000.
    b. As to Ryan Reyes
        i. Chief Ron Coopman is liable to Plaintiff Ryan Reyes for general damages in the amount of $25,000; and
        ii. Chief Andrew Hall is liable to Plaintiff Ryan Reyes for general damages in the amount of $45,000.
    c. As to Brian Perez
        i. Chief Ron Coopman is liable to Plaintiff Brian Perez for general damages in the amount of $50,000; and
        ii. Chief Andrew Hall is liable to Plaintiff Brian Perez for general damages in the amount of $100,000.
2. Retaliation under Gov. Code, § 12940(h) ("FEHA")
    a. As to Jose Flores
        i. The City of Westminster is liable for general damages in the amount of $150,000.
3. Retaliation under 42 U.S.C. § 1981
    a. As to Jose Flores
        i. Chief Ron Coopman is liable to Plaintiff Jose Flores for general damages in the amount of $168,000;

    ii. Chief Mitchell ("Mitch") Waller is liable to Plaintiff Jose Flores for general damages in the amount of $210,000; and

    iii. Chief Kevin Baker is liable to Plaintiff Jose Flores for general damages in the amount of $42,000.

  b. <u>As to Ryan Reyes:</u>

    i. Chief Ron Coopman is liable to Plaintiff Ryan Reyes for general damages in the amount of $150,000; and

    ii. Chief Mitch Waller is liable to Plaintiff Ryan Reyes for general damages in the amount of $185,000.

4. <u>Punitive Damages</u>

  a. <u>As to Jose Flores</u>

    i. Chief Andrew Hall is liable to Plaintiff Jose Flores for punitive damages in the amount of $495,000;

    ii. Chief Ron Coopman is liable to Plaintiff Jose Flores for punitive damages in the amount of $396,000;

    iii. Chief Mitchell ("Mitch") Waller is liable to Plaintiff Jose Flores for punitive damages in the amount of $49,500; and

    iv. Chief Kevin Baker is liable to Plaintiff Jose Flores for punitive damages in the amount of $49,500.

  b. <u>As to Ryan Reyes</u>

    i. Chief Andrew Hall is liable to Plaintiff Ryan Reyes for punitive damages in the amount of $220,000;

    ii. Chief Ron Coopman is liable to Plaintiff Ryan Reyes for punitive damages in the amount of $176,000; and

    iii. Chief Mitch Waller is liable to Plaintiff Ryan Reyes for punitive damages in the amount of $22,000.

  c. <u>As to Brian Perez</u>

    i. Chief Ron Coopman is liable to Plaintiff Brian Perez for punitive damages

in the amount of $308,000; and

    ii. Chief Andrew Hall is liable to Plaintiff Brian Perez for punitive damages in the amount of $385,000.

5. Post-judgment motions are due pursuant to the deadlines established in the Federal Rules of Civil Procedure and the Central District Local Rules.

6. It is further ORDERED and ADJUDGED that the judgment here rendered shall bear interest at the following rates from the date of signing of the judgment until paid:

    a. As to claims under Cal. Gov. Code § 12940, 2.12% per annum.

    b. As to claims under 42 U.S.C. § 1981: 0.12% per annum.

IT IS SO ORDERED,

DATED: August 11, 2014

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE